BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-02432-WBS-DAD |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM FEBRUARY 17, 2014 TO APRIL 17, 2014; ~~PROPOSED~~ ORDER |
| v. | |
| APPROXIMATELY $10,100.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from February 17, 2014 to April 17, 2014.

## Introduction

On November 21, 2013, the United States filed a civil forfeiture complaint against above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations.  All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on November 30, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on December 30, 2013.

### Good Cause

There is good cause to extend the deadline to file a joint status report in this case from February 17, 2014 to April 17, 2014.

Claimant Lisa Muraco filed a claim and answer alleging an interest in the defendant currency on January 3, 2014. The United States is in settlement negotiations with Lisa Muaraco and expects to file settlement documents within the 60-day extension period. Otherwise, the parties will meet and confer, and jointly prepare a joint status report.

There is good cause to extend the deadline to file a joint status report in this case from February 17, 2014 to April 17, 2014, or to a date the Court deems appropriate.

Dated:   2/13/14                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant U.S. Attorney


### ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from February 17, 2014 to April 17, 2014. The Scheduling Conference is continued to April 28, 2014 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  February 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

United States' Request to Continue Time to
File Joint Status Report; Proposed Order